UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.                                                                                  Case No. 10-20388

D-2 Isaac Denel Meeks,                                              Honorable Sean F. Cox

    Defendant.

_____/

## ORDER STRIKING DOCKET ENTRY NO. 101

On August 23, 2010, Defendant Isaac Denel Meeks ("Defendant") filed a pro se motion to request bond (Doc. No. 101).

Because Defendant is currently represented by counsel, Defendant is attempting to proceed in a "hybrid" fashion, both through his counsel and pro se by way of his motion. *See McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984). Although the Sixth Amendment guarantees defendants the right to conduct their own defense and even represent themselves, *see Farretta v. California*, 422 U.S. 806 (1975), the right of self-representation does not include the right to proceed in a hybrid manner. *McKaskle*, 465 U.S. at 183; *see also United States v. Mosely*, 810 F.2d 93, 97-98 (6th Cir. 1987). This Court will not allow Defendant to proceed in a hybrid manner in this action will therefore strike Defendant's pro se submission, Docket Entry No. 101.

1

Accordingly, IT IS ORDERED that Docket Entry No. 101 is hereby STRICKEN.

IT IS SO ORDERED.


                           S/Sean F. Cox
                           Sean F. Cox
                           United States District Judge

Dated: August 25, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 25, 2010, by electronic and/or ordinary mail.

                           S/Jennifer Hernandez
                           Case Manager