UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Criminal Case No. 10-20388
    Honorable Linda V. Parker

ISAAC DENEL MEEKS,

    Defendant.
_____/

## OPINION AND ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S REQUEST FOR COMPASSIONATE RELEASE (ECF NO. 830) & DENYING MOTION FOR ORDER HOLDING IN ABEYANCE MOTION AND SCHEDULE (ECF NO. 842)

Presently before the Court is Defendant's letter seeking compassionate release pursuant to 18 U.S.C. § 3582(c). The statute requires administrative exhaustion before a defendant may come to federal court seeking relief. *Id*. § 3582(c)(1)(A). The defendant may file a motion only after "fully exhaust[ing] all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf" or "the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier." *Id*. This exhaustion requirement is mandatory. *See United States v. Alam*, -- F.3d --, 2020 WL 2845694, at *1, 3 (6th Cir. June 2, 2020).

Defendant's submission does not reflect that he has satisfied the statute's exhaustion requirement. The Government has timely objected to Defendant's failure to exhaust. The Court must therefore dismiss Defendant's request without prejudice. Defendant may return to Court, if necessary, after fully exhausting the BOP's administrative remedies *or* after the lapse of 30 days from the warden's receipt of his request. Any renewed motion must reflect that the administrative exhaustion requirements in § 3582(c)(1)(A) have been satisfied.

To the extent checked below, the Court finds that Defendant's current request also lacks sufficient information to decide the request:

    _X_  Detailed information concerning the "extraordinary and compelling reasons" that warrant relief (e.g., medical or mental condition or age).

    _X_  Support for the assertion that the extraordinary and compelling reason(s) places Defendant at heightened risk if remains incarcerated.

Any renewed motion must provide this information.

Accordingly,

**IT IS ORDERED** that Defendant's letter seeking compassionate release (ECF No. 830) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Order Holding

2

in Abeyance Motion and Schedule (ECF No. 842) is **DENIED**.

    **IT IS SO ORDERED**.

                                        s/ Linda V. Parker
                                        LINDA V. PARKER
                                        U.S. DISTRICT JUDGE

Dated: June 22, 2020