2

Dear: Honorable Linda V. Parker

re: case No. 10-cr-20388

Today is June 10, 2020, 30 days since Petitioner Isaac Denel Meeks filed on May 12, 2020 "Petition Compassionate Release" to Warden Spaudling at USP Lewisburg P.O. Box 2000 Lewisburg, PA 17837 without a acceptance or denial responds! Meeks has satisfed the <u>exhaustion</u> requirement for "Compassionate Release" under U.S.C. § 3582(c)(1)(A)

Petitioner Meeks pray this Honorable Court Grants relief in the form of "Compassionate Release"

Respectfully Submitted

Isaac Denel Meeks

6-10-2020

Inmate Name: Isaac Weeks
Register Number: 44347-039
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

RECEIVED
JUN 17 2020

United States District Court
Eastern District Of Michigan
Office Of the Clerk
231 W. Lafayette BlVD - room 564
Detroit, Michigan 48226

48226-271899