3

Dear: Honorable Linda V. Parker

re: 10-cr-20388

    Here comes Quasiyyah T. Meeks asking for the mercy of this Honorable Court to release my father "Petitioner Isaac Denel Meeks", Due to the difficult times me and my other 13 siblings are facing during this world wide Covid-19 outbreak, I know my father broke the law and he also knows, but I ask the court, How much time of punishment is enough? On June 7th, 2020 was the 10 year mark of my father being in prison, away from me, I'm now 21 years old. I was 11 years old when my father went to prison, and at this time in my life I need my father here with me, I'm 4 months pregnant and scared to death, I have Chronic Asthma and I've had it all my life, the fact that I could die while giving birth scares me, I hope and pray you see fit to release my father. I know African-Americans are the most prone race to contract and in the worst case die from this virus the world is facing, Covid-19, I pray this Honorable Court grant relief to my father Petitioner

Isaac Denel Meeks in the form of Compassionate Release.

Any contact information
(810) 835-1451

Address
1717 Concord St.
Flint MI. 48503

Thank you,

*[signature]*

Qudsiyyah T. Meeks
1717 Concord St.
Flint, Mi. 48503

RECEIVED
JUN 24 2020
CLERK'S OFFICE
U.S. DISTRICT COURT

United States District Court
Eastern District of Michigan
Office of the Clerk
231 W. Lafayette BLVD - room 564
Detroit, Michigan 48226

6/16/20