<u>**US vs. ISAAC DENEL MEEKS/USDC CASE NO. 10-20388**</u>

**INDEX OF EXHIBITS TO**
**DEFENDANT'S SUPPLEMENTAL BRIEF IN**
**SUPPORT OF MOTION FOR COMPASSIONATE RELEASE**

| <u>Exhibit</u> | <u>Description</u> |
|---|---|
| A | Petition for Compassionate Release and Responsive Memorandum from Warden |
| B | Notice to Inmates |
| C | BOP Medical Records |
| D | Family Letters |