Date: 9/21/2020

Dear Judge, Linda V. Parker



DEFENDANT'S EXHIBIT D

I'm writing in regard to my father Isaac Denel Meeks who is currently incarcerated in a federal Prison. My father Isaac Meeks is serving a sentence for conspiracy to sell drugs and felony firearms. My family and I were not aware of my fathers bad at that time. Through the durations of his sentence he has disclosed to me about the bad decisions he has made. My father is a part of my life and has always been despite his situation. Once my father is released he will be residing in my home we're he has a strong positive support system that is drug, felon and crime free. My address is

The individuals that live in my home is my daughter (7 years old) and myself.

Thank you,
Aasiyah K. Meeks

Dear Honorable Judge Parker,

Hello, my name is Sequana Meeks, I'm the daughter of Isaac Meeks. My Father was found guilty of a crime almost 10 years ago. Since than I have seen a major change and improvement in my Father as a man. He has always been the family type of guy and has always kept us together. Even playing the Father figure roll to my children as well as my siblings children.

This experience has put our family through tuff times, but my father some how still manages to keep us all together and try to keep us all on the right track. He has always had a giant heart, I just believe he loved his Family so much that he made bad decisions to be able to provide for his family. Which I know now he has learned his lesson and has learned from those mistakes. I hope and pray you take this letter into Consideration.

Repectfully Submitted,

Sequana Meeks
09/21/20

09/21/2020  19:10  8107151723  STAPLES OF BURTON  PAGE  01/02

9/21/2020

Dear Honorable Judge Linda Parker,

My name is Shaniqua Watson, the daughter of Isaac Meeks. I am writing this letter on behalf of his early releasement. I know the charges my father faced and still facing are major but I know he has learned from his mistakes. 10 years is a long time to think, regroup, and make better decisions. I know he will do just that. This time away has made him a better man. My father is a family man. He takes care of others like they're his own. He encourage my siblings and I to be better and respectful. Even in his storm he still manages to motivate me to get through nursing school. Family is everything to my dad and we need him. I pray you find it in your heart to make our family whole again

Respectfully,
Shaniqua Watson